No. 81–1980. ARTHUR TREACHER'S FISH & CHIPS, INC., ET AL. *v.* HORSTMYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1989. WILSON *v.* WILSON. C. A. 5th Cir. Certiorari denied.

No. 81–1990. OPPENHEIM ET AL. *v.* MOREAU ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1993. CAPPS *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 81–2007. DISTRICT COURT IN AND FOR THE SEVENTEENTH JUDICIAL DISTRICT OF COLORADO ET AL. *v.* MARKS ET AL. Sup. Ct. Colo. Certiorari denied.

No. 81–2010. WILDER *v.* GILMAN PAPER CO. C. A. 11th Cir. Certiorari denied.

No. 81–2011. PANZIRER *v.* WOLF ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–2013. JOHNSON *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–2016. RUPPEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–2021. FANNON ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–2024. WIESEN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 81–2031. WILLIAMS ENTERPRISES, INC. *v.* BINKLEY CO. C. A. 4th Cir. Certiorari denied.